IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF GEORGIA
AUGUSTA DIVISION

COURTNEY LANIUM, individually       *
and on behalf of all others          *
similarly situated,                  *
                                     *
        Plaintiff,                   *
                                     *          CV 125-281
        v.                           *
                                     *
EVANS FITNESS CLUB, LLC,             *
                                     *
        Defendant.                   *

────────────

O R D E R

────────────

Before the Court is the Parties' joint stipulation of dismissal without prejudice. (Doc. 10.) All Parties signed the stipulation; thus, the Court finds dismissal proper under Federal Rule of Civil Procedure 41(a)(1)(A)(ii).

IT IS THEREFORE ORDERED that this matter is **DISMISSED WITHOUT PREJUDICE**. The Clerk is directed to **TERMINATE** all motions and deadlines and **CLOSE** this case. Each party shall bear its own costs and fees unless otherwise agreed.

**ORDER ENTERED** at Augusta, Georgia, this 2nd day of March, 2026.

_____
HONORABLE J. RANDAL HALL
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF GEORGIA